**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No: 04-52780 |
| ROBERT H SMITH | |
| EBONY C SMITH | Judge: John E. Hoffman Jr. |
| 8510 TOMPKINS DR | |
| KING GEORGE, VA  224857161 | |
| | |
| EBONY C SMITH | |
| 8510 TOMPKINS DR | |
| KING GEORGE, VA  224857161 | |
| | |
| SSN(S):   XXX-XX-4650 | |
|           XXX-XX-8481 | |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  September 01, 2009

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| CONNIE M REED | 22.44 |
| 3151 JETSTREAM DR | |
| COLUMBUS, OH  43231 | |